**No. 60357.**—Bloomingdale Bros., a Div. of Fed. Dept. Stores, Inc., et al. *v.* United States, protests 263451–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.